Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLA WEAVER, individually, and as successor in interest to the Estate of CHRISTOPHER WILSON, Deceased,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware corporation; AMERICAN PACIFIC INDUSTRIESS, INC., a California corporation; STOCKTON HILL TIRE, also doing business as VEST INVESTMENT CORP., an Arizona corporation; CHRISTOPHER WILSON, SR., and DOES 1 through 25, inclusive,<br><br>　　　　　　　Defendants. | CASE NO. CV10-5324 JAK (FFMx)<br><br>**Judge John A. Kronstadt**<br>**Court Room: 750 – 7th Floor**<br><br>**ORDER GRANTING STIPULATION TO DISMISSAL WITH PREJUDICE**<br><br>JS-6<br><br>DATE OF REMOVAL: JULY 20, 2010<br>DATE OF FILING: MARCH 1, 2010<br>TRIAL DATE: SEPTEMBER 20, 2011 |

The Court, having considered the Stipulation of Dismissal with prejudice signed by all parties, hereby orders that this case is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: May 31, 2011

_____
HONORABLE JOHN A. KRONSTADT